UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LEONARD CUMMINGS, | ) |
| | ) CAUSE NO: 1:21-CV-02788-TWP-MG |
| Plaintiff, | ) |
| | ) |
| Vs. | ) |
| | ) |
| TOWN OF KNIGHTSTOWN, | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Plaintiff, by counsel, and Defendant, by counsel, have filed their *Stipulation of Dismissal with Prejudice*.

The Court has read this stipulation and being duly advised in this matter now finds that this stipulation should be APPROVED.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Plaintiff's claims against the Defendant are hereby dismissed, with prejudice, the parties to bear their own attorneys' fees and costs.

Date: 11/30/2022

_____
Hon. Tanya Walton Pratt, Chief Judge
United States District Court
Southern District of Indiana

Copies to all counsel of record via electronic notification.